An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| PARADISE HARBOR PLACE TRUST,<br>Appellant,<br>vs.<br>QUALITY LOAN SERVICE CORPORATION,<br>Respondent. | No. 65195 |
| PARADISE HARBOR PLACE TRUST,<br>Appellant,<br>vs.<br>DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI-2006-QS10,<br>Respondent. | No. 65604 |

**FILED**

**JAN 1 2 2015**

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### *ORDER APPROVING STIPULATION, IN PART, AND DISMISSING APPEALS*

The parties have filed a "Stipulation to Dismiss Appeal and Vacate Order Granting Motion to Dismiss Case No. A-13-682897-C." The stipulation seeks to dismiss these consolidated appeals, vacate district court orders, return any bond to the party that deposited it, and set a deadline to file a document in district court. The parties' stipulation is approved to the following extent: these consolidated appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). All other relief requested by the parties is appropriately sought in the district court rather than this court.

It is so ORDERED.

_____, C.J.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-01231

cc: Hon. Jerry A. Wiese, District Judge
Law Offices of Michael F. Bohn, Ltd.
Wright, Finlay & Zak, LLP/Las Vegas
McCarthy & Holthus, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A